

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JUL 2 4 2015

LODGED_____REC'D_____
PAID_____DOCKETED_____

# United States Bankruptcy Court
## for the District of Oregon

**Thomas M. Renn, Judge**
Virginia H. Denney, Judicial Assistant
Howard J. Newman, Law Clerk

405 East Eighth Avenue, Suite 2600
Eugene, Oregon 97401

(541) 431-4050

July 24, 2015

Glen Donald Evans
200 S. First Street
Talent, OR 97540

RE: EVANS, Glen Donald; Case No. 15-62280-tmr7

Dear Mr. Evans:

    I have reviewed your objection to the Court's notice that debtor is ineligible for discharge. The record indicates that you received a discharge under Chapter 7 of the Bankruptcy Code on June 28, 2010, in Case No. 08-65084 filed in the U. S. Bankruptcy Court for the District of Oregon on December 18, 2008. This filing was within eight (8) years of the present case's filing. Your objection indicates that you had little control over your prior debt and that six years have elapsed.

    While I am sympathetic to your circumstances, I cannot sustain your objection. Unfortunately, § 727(a)(8) of the Bankruptcy Code does not allow an exception for hardship or exigent circumstances. An order will, therefore, be entered overruling your objection and denying your Chapter 7 discharge.

    I urge you to seek legal counsel in this matter.

Very truly yours,

THOMAS M. RENN
Bankruptcy Judge

TMR:vhd

cc: Mr. Ronald Becker, Office of the U. S. Trustee, via ECF
      Ms Candace Amborn, Trustee, via ECF